# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. AVALOS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:13-cv-00241-SKO<br><br>**ORDER GRANTING MOTION TO**<br>**PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Luis M. Avalos filed a complaint on February 14, 2013, Plaintiff filed a complaint. (Doc. 1.) On February 15, 2013, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 4.) Plaintiff's motion demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   February 19, 2013          /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE