UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUIS M. AVALOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:13-cv-00241-SKO<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

　　　Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. For instance, because of the lapse in appropriations combined with existing deadlines, counsel for Defendant currently has five summary judgment motions due this week and three summary judgment motions due next week. The Office of the General Counsel is

working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 30-day extension of time for filing the Commissioner's Motion for Summary Judgment. Plaintiff's counsel does not oppose this request.

Respectfully submitted,

DELLERT BAIRD LAW OFFICES

Dated:  October 28, 2013          By:     */s/ Kelsey Brown*
                                          (via e-mail authorization)
                                          KELSEY BROWN
                                          Attorney for Plaintiff


                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  October 28, 2013          By:      */s/ Brenda M. Pullin*
                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulated request, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before December 2, 2013; and
2. Plaintiff may file an optional reply brief on or before December 20, 2013.

IT IS SO ORDERED.

Dated:   **October 29, 2013**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

Stip. And Order for First Extension of Time
1:13-CV-00241-SKO                          2